UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAFOUZE DIALLO,

                    Petitioner,

        v.

BRUCE SCOTT, *et al.*,

                    Respondents.

CASE NO. 2:26-cv-00975-GJL

ORDER ON PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER

The parties have consented to proceed in this immigration habeas action before a United States Magistrate Judge. Dkt. 5. On April 14, 2026, Petitioner Mafouze Diallo filed a combined Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction. Dkt. 11. Petitioner requests that the Court enter a TRO prohibiting his removal to Ghana or any other third country pending the Court's resolution of his request for a preliminary injunction seeking the same relief. *Id.* at 14–15. Petitioner supports his request for a TRO with evidence demonstrating that, despite a positive fear determination, the government has communicated its intent to remove him to Ghana by the end of this month. Dkt. 11-1 at 3; *see also* Dkt. 7 at 2 (noting that USCIS "made a positive fear claim determination" for Petitioner's removal to Ghana).

ORDER ON PETITIONER'S MOTION FOR A
TEMPORARY RESTRAINING ORDER - 1

The Court may grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [ ] jurisdiction over the matter.").

Accordingly, the Court **ORDERS** as follows:

1. Petitioner's Motion for a Temporary Restraining Order (Dkt. 11) is **GRANTED IN PART** pending Respondents' response.

2. Respondents **ARE PROHIBITED** from removing Petitioner from this jurisdiction—*i.e.*, the Western District of Washington—without further order from this Court.

3. Petitioner's counsel **SHALL** immediately serve process and a copy of this Order on Respondents. Petitioner's counsel **SHALL** immediately contact Respondents' counsel to provide a copy of this Order and meet and confer on (1) a briefing schedule for the instant Motion and (2) whether the government will agree to a stipulated order to not remove Petitioner from the United States and to not transfer Petitioner to another facility during the pendency of this action.

4. If the Parties can agree on a briefing schedule, they **SHALL** file a stipulated proposed briefing schedule with the Court, along with any other stipulations the Parties may agree on for the pendency of this case. If the Parties cannot reach agreement on a briefing schedule, then Respondents **SHALL** respond to instant Motion on the schedule set by Local Civil Rule 65 once service is accomplished.

5. The Parties **SHALL** contact the courtroom deputy by email if they wish to schedule oral argument on the instant Motion.

Dated this 15th day of April, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER ON PETITIONER'S MOTION FOR A
TEMPORARY RESTRAINING ORDER - 2